# United States District Court

E-FILED
Thursday, 09 December, 2004 03:39:41 PM
Clerk, U.S. District Court, ILCD

DEC 09 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

_____CENTRAL_____ DISTRICT OF _____ILLINOIS_____

UNITED STATES OF AMERICA

V.

Marlon Beard
5817 N. Haymeadow Court, Apt. #3B
Peoria, Illinois

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 04-6054

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about December 9, 2004 in Peoria county, in the Central District of Illinois defendant(s) did, (Track Statutory Language of Offense)

(1) knowingly possess 50 or more grams of a mixture or substance containing cocaine base (crack) a Schedule II controlled substance, with intent to distribute, and (2) did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a Court of the United States

in violation of __21__ United States Code, Section(s) __841(a)(1) and (b)(1)(A) and 18 U.S.C. §924(c)__

I further state that I am a(n) __Task Force Officer__ and that this complaint is based
                                   Name
on the following facts:

See Attached

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

s/ John Couve
Signature of Complainant

Sworn to before me and subscribed in my presence,

December 9, 2004 at Peoria, Illinois
Date                   City and State

John A. Gorman
U.S. Magistrate Judge                s/ John Gorman
Name & Title of Judicial Officer     Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF COMPLAINT

1. Complainant has been a police officer with the City of Peoria for the past seventeen years and is currently assigned to the Special Investigations Division, Vice and Narcotics Unit. Complainant has attended basic law enforcement classes and a Cook County Multi-County Enforcement Group (MEG) forty hour basic narcotics investigation school. Complainant was recently sworn in as a Federal Task Force Officer with the DEA in Springfield, Illinois.

2. This affidavit is made in support of an application for an arrest warrant for Marlon D. BEARD. The unlawful activities are the possession with intent to distribute more than five grams of a mixture and substance containing crack cocaine, in violation of Title 21 U.S.C., Section 841 (a)(1) and (b)(1)(A) and possession of a firearm with obliterated identification numbers, in violation of Title 18 U.S.C., Section 922 (k).

3. Your affiant is familiar with the following facts based upon your affiant's personal observations and upon information officially supplied to your affiant by other law enforcement agents or the people described in this affidavit.

4. On at least five separate occasions between October 6, 2004 and December 8, 2004, affiant and members of the Peoria Police S.I.D. unit have conducted surveillance of 5817 N. Haymeadow Ct., apartment #3B and Marlon D. BEARD, D.O.B. 10/05/1971. During several investigations, we determined BEARD to be a distributor of cocaine in the Peoria area. During these surveillances, BEARD was seen leaving 5817 N. Haymeadow Ct., apartment #3B in a blue Buick Riviera bearing Illinois registration #5265849 and a green Lincoln Navigator bearing Illinois registration #1989669. A check of Illinois Secretary of State records indicated that both registrations checked to BEARD. During these surveillances, BEARD has been seen leaving the aforementioned apartment in one of the two listed vehicles. During the course of these surveillances, BEARD has met with Bernard E. DOUGLAS, D.O.B. 06/17/1973. BEARD has been seen by the affiant and other S.I.D. officers throughout the City of Peoria meeting unknown individuals on the street corners and parking lots and conducting hand to hand transactions with these individuals. Based on the affiant's training and experience, affiant believes BEARD'S actions to be consistent with and individual making unlawful deliveries of a controlled substance. In all these instances BEARD was observed by affiant and other S.I.D. officers to be the individual conducting the transactions of unlawful deliveries of a controlled substance.

5. On December 8, 2004, affiant and members of the S.I.D. unit conducted surveillance of 5817 N. Haymeadow. BEARD was observed coming out of 5817 N. Haymeadow. BEARD got into the blue Buick Riviera and went to 3605 W. Warwick where DOUGLAS, who was seen waiting outside the house, got into the vehicle.

6. Affiant and other S.I.D. officers followed BEARD, who drove to the area of N.E. Jefferson and VanBuren. S.I.D. officers observed BEARD pull to the curb on the riverside of the street next to a black male standing on the sidewalk. S.I.D. officers observed the black male go to BEARD on the driver's side of the blue Buick and what appeared to be a hand to hand delivery occurred. After BEARD pulled away, the black male walked away, observed the package he had just purchased and then placed the package into his right rear pants pocket. Affiant and other officers of the S.I.D. unit approached the unknown black male. When officers identified themselves as police officers, the black male reached into his right rear pants pocket, retrieved the package he had just purchased and tossed it away from his person. S.I.D. officers recovered the package, which appeared to be crack cocaine. The suspected crack cocaine was later field tested using the Valtox kit and a positive reaction for the presence of cocaine was observed.

7. BEARD and DOUGLAS were detained in the area of Livingston and Starr. Subsequent search of the vehicle was conducted. A receipt dated 12/03/2004 was located with other personal papers of BEARD'S. This receipt had the name of "Mr. Marlon BEARD" and listed the address of 5817 N. Haymeadow Ct., apt. 3B.

8. On December 8, 2004, a search warrant was obtained through the Circuit Court Judge for the address of 5817 N. Haymeadow Ct., apartment #3B. The search warrant was executed at 5817 N. Haymeadow Ct., apartment #3B, Peoria, Illinois. During the search, approximately 76 grams of suspected crack cocaine was seized. Officer T. Moore conducted a field test on the suspected crack cocaine using the Valtox kit and a positive reaction for the presence of cocaine was observed.

9. Inside the residence, officers located a loaded .357 caliber handgun with the identification numbers obliterated.

10. Inside the home, officers also found pictures of BEARD, along with paperwork in BEARD'S name at the listed address. In addition, officers also found a digital scale with the suspected crack cocaine. Based upon your affiant's experience, your affiant knows that drug dealers often use scales to weigh crack cocaine for its subsequent distribution based on weight.

11. Based on the information in this affidavit, your affiant requests the issuance of an arrest warrant for Marlon D. BEARD.

_s/ John Couve_
TFO John P. Couve
Drug Enforcement Administration

Sworn to and subscribed to
Before me this date

December 9, 2004

_s/ John Gorman_
United States Magistrate Judge
John A. Gorman
Peoria, Illinois