IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARLON BEARD,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   Criminal No. 04-10075<br>)<br>)<br>)   VIO: Title 21, United States Code<br>)   Section 841(a)(1) and 841(b)(1)(A); Title<br>)   18, United States Code Section 924(c);<br>) |

FILED
DEC 1 6 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

### INDICTMENT
### Count 1
**(Possession with Intent to Distribute)**

The Grand Jury charges:

On or about December 8, 2004, in Peoria County, in the Central District of Illinois, the defendants,

**MARLON BEARD,**

did knowingly possess 50 grams or more of a substance and mixture containing cocaine base (crack) with intent to distribute.

In violation of Title 21, United States Code, Section 841(a)(1) and Section 841(b)(1)(A).

### Count 2
**(Possession of Firearm during Drug Trafficking)**

On or about December 8, 2004, in Peoria County, in the Central District of

Illinois, the defendant,

**MARLON BEARD,**

did knowingly possess a firearm, a 357 caliber revolver, in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, as alleged in Count 1.

In violation of Title 18, United States Code, Section 924(c).

A True Bill,

s/Foreperson
**Foreperson**

s/Tate Chambers
**JAN PAUL MILLER**
UNITED STATES ATTORNEY
BWM:dl