**E-FILED**
Monday, 20 December, 2004  04:21:26 PM
Clerk, U.S. District Court, ILCD

# United States District Court

## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| Plaintiff | ) |
| | ) |
| | ) CASE NO. **04-10075** |
| | ) |
| **Marlon Beard** | ) |
| Defendant | ) |

### SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial

at **3:30 p.m.** on **Thursday, February 10, 2005**.

This matter is set for Jury Trial at **8:30 a.m.** on **Tuesday, February 22, 2005**

at

[ X ] Peoria, Illinois

before the Honorable Michael M. Mihm, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this **20th** day of **December, 2004**

/s/ John A. Gorman

JOHN A. GORMAN
U.S. MAGISTRATE JUDGE