# United States District Court

CENTRAL  DISTRICT OF  ILLINOIS

UNITED STATES OF AMERICA

v.

Marlon Beard
5817 N. Haymeadow Court, Apt. #3B
Peoria, Illinois

**WARRANT FOR ARREST**

CASE NUMBER: 04 - 6054

FILED
DEC 21 2004
J. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   MARLON BEARD
                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offenses)

(1) knowingly possess 50 or more grams of a mixture or substance containing cocaine base (crack) a Schedule II controlled substance, with intent to distribute, and (2) did knowingly possess a firearm in furtherance of a drug trafficking crime which may be prosecuted in a Court of the United States

in violation of Title  21  United States Code, Section(s)  841(a)(1) and (b)(1)(A) and 18 U.S.C. § 924(c)

John A. Gorman                          United States Magistrate Judge
Name of Issuing Officer                 Title of Issuing Officer

s/ John Gorman                          December 9, 2004 @ Peoria, Illinois
Signature of Issuing Officer            Date and Location

Bail fixed at $ No Bond                 by  John A. Gorman, U.S. Magistrate Judge
                                            Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendants at  Peoria, IL.

| DATE RECEIVED  12/9/04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST  12/8/04 | Tom Murphy - SA | [signature] For Tom Murphy |