E-FILED
Monday, 10 January, 2005  02:12:12 PM
Clerk, U.S. District Court, ILCD

Case # 1:03-cr-10001     Simon Lundy
RE: Request for          Knox Co. Jail
copy of Motion           152 S. Kellogg
to Continue 1-3-05       Galesburg, IL.
                         61401

1-7-05

**FILED**
JAN 10 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Clerk:

Please provide me with a copy the Motion to Continue that was entered 1-3-05, # 25.

Thank you in advance for your assistance.

Respectfully Submitted,
Simon Lundy
SIMON LUNDY