04-10075
E-FILED
Monday, 10 January, 2005 03:49:42 PM
Clerk, U.S. District Court, ILCD

FILED
JAN - 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SCANNED
DATE: 1/7/05 BY: HSL

Jan. 6, 2005

Judge Mihm:

Your Honor,

I know you have received many letters from parents regarding their kids. I just pray that you would find time to read this one. I know that when people commit a crime they have to be punished for that crime. I have great respect for the law, I ~~have~~ served as a juror before. I just feel that I have to speak on behalf of my son. I can not afford a lawyer, I had no ideal they ask for so much money. I have always told my kids the choices they make in life, they would have to suffer the consequences, hoping that they would make the right ones.

My son's name is Marlon Beard, he was arrested on Dec 8, 2004 for having a firearm in his home and cocaine.

Marlon has always been a good kid. He was never disrespectful to me. All of his teachers in grade school and High School liked him. I can show all of his report cards

One year at the end of Grade School he had Fift Eight A's. He went to Grambling University for 2½ years. He's had several jobs. His employers liked him. He is a very likable person. He loves his kids. He would get his kids every week end and spend time with them. The love him so much. All of the grandparents love him, they have called me and said if there is any way they could help they will.

  Marlon was over to a friends house in 1997 two spent came over and tried to break in he got up from the couch to try and help the young lady lock her door and because they couldn't get in they shot through the door, he was shot in the neck and the head. He was rushed to St Francis hospital. A nun came in to talk to me, she said it is a miracle your son is alive. She prayed with me, I called my Pastor Christian friends and family that night, everybody prayed for him. When I took him to the doctor for his check up, he said Marlon should not be alive because of where he was shot, I call him my miracle child. The bullet is still enlarged in his memory. I prayed

for him all the time. I hate he made some bad choices, I hate to see him put in the same category with you men who do the same thing. He can never have an MRI because it would move the bullit, and that would be fatal. I pray that wherever he go, he will go some place where he can get good medical attention. I hate to even think of someone hitting him in his head. I love my son so much, this is hard for me. I know I don't feel or I'm not any different from any other parent.

My husband and I are in our fifty's now, I don't know how much time he will get. If it is at all possible for him to have a bond before he is sentenced, or get intense probation etc. My husband and I will take full responsibility. Please take into consideration.

Thank You,

Nicolette McKinsey