Dear Judge Mihm,

Jan. 13, 2005

I am writing you on behalf of Marlon Beard. Judge Marlon is not a bad person, yes, he did get caught but I still believe that things happen for reasons. His reason I believe is for him to stop what he was doing and get his life right with God. I have grown up with Marlon since he's been in this world. Marlon + my sister and brother went to grade school + high school together. He was a smart student + got good grades. We had fun growing up with Marlon. Marlon + his Mom + sister + brother + My Mom + my sisters + brothers did alot of things together growing up. I miss not seeing Marlon because everytime I seen him he had this big smile on his face. Marlon Dwayne is not a menace to society. He was or is a black man trying to make it in this world. He's a good father to his kids. I love his kids him very much. Most black kids don't get to know their fathers and my son is one of them, but Marlon showed his children different and I'm proud of him for giving his children that father figure. I'm not asking for a favor I'm asking for a blessing to let him out until he goes to court

for his trial. Give him a chance to tell his children but especially his boys the reason why he is in this situation. If you don't do it for him do it for his kids because they deserve an ~~exclamo~~ explanation for the things he has done. Also, to tell his parents in person ~~that~~ "en" that they done a good job in raising him and helping him raise his children, and for his Mom to spend time with her only son if he has to go away. ~~And~~ this is the reason for this letter to you judge to give a bond where it is truly needed.

Thank You
Roberta Nathan