FILED 04-100- E-FILED
Thursday, 13 January, 2005 02:06:08 PM
Clerk, U.S. District Court, ILCD
JAN 1 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Jan. 13, 2005

Dear Judge Mihm,

I am writing this letter on behalf of Marlon Dewayne Beard as a character witness. I have known Marlon since he was born. He was raised by both parents. His parents are hard working christian people, they raised Marlon to be a respecttable young man. Marlon father is retired from Cat. and his mother works at Cat in Mapleton. Marlon is a high school graduate and went to Gramblin College in Louisiana for a couple years. Marlon was an excellent student always had good grades. Marlon is an excellent <u>Father</u> he has 4 children by 4 different women but is no deadbeat Dad. What makes me respect Marlon so much is that when you saw Marlon you saw his kids with him. They were all at the barbershop, getting his son's hair cuts and making sure his kids were at his parents house on Saturday so they could go to church. Marlon spent time with his kids when I saw him I would always ~~saw to~~ tell ~~him how~~ proud I was of him for taking care of his kids, you don't see many black men being a father to there kids at all but Marlon loves his kids and spent quality time with them and that ment more than

than all the money in the world to them. Marlon is not a threat to our community. He always has been a quiet person never has gotten into trouble until now. Always loved his parents and his sister and brother and his niece. Marlon come from a family with a Grandmother, Aunts and Uncles that are all Christians on his Mom side so Marlon has had good examples in front of him all his life. They say his a drug dealer or sold drugs you couldn't tell by me or others in our community. Marlon has always been a good kid and nice young man. You don't find to many young black men or drug dealer who have time for their children. I read in the paper that the police had been watching + following him, they should have put in their report that he always had his children with him. Judge I am asking you to reconsider giving Marlon a bond so he can spend time with his children and parents until he goes to trial. Marlon is not used use to jail. Marlon may have made a mistake but Marlon doesn't have a bad past. Marlon is a young man who needs another chance. Marlon is just like a nephew to me. I love his family, like they love my family.

Thank You
Sue Nathan