E-FILED
Wednesday, 23 March, 2005  02:43:10 PM
Clerk, U.S. District Court, ILCD

FILED
MAR 2 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> vs. <br><br> MARLON BEARD, <br> Defendant. | ) <br> ) <br> ) <br> ) Case No. 04-10075 <br> ) <br> ) <br> ) <br> ) |

## MOTION TO CONTINUE

Now comes Defendant, MARLON BEARD, by TIMOTHY J. CUSACK, his Attorney, and moves to continue this matter, and in support thereof, states as follows:

1) Defense counsel was appointed to this case on December 9, 2004, and met with the Defendant the same date.

2) Since that time, Defense counsel received discovery from the government pursuant to Rule on February 1, 2005 and February 18, 2005, and has had an opportunity to review same with the Defendant, however, further investigation of the discovery and negotiation with the Government is needed at this time.

3) Defendant requests a continuance fully aware of his rights pursuant to statute, the Government has been made aware of this request, neither party would be prejudiced by a continuance at this time, and this motion is not being made for the purpose of delaying justice or otherwise hindering the orderly prosecution of this case.

WHEREFORE, the Defendant, MARLON BEARD, respectfully requests this Court to grant a continuance in this matter, or for such other relief as the court deems just and appropriate.

Respectfully submitted,

MARLON BEARD, Defendant

BY **S/Timothy J. Cusack**
TIMOTHY J. CUSACK, His Attorney

TIMOTHY J. CUSACK
P.O. Box 10461
Peoria, Illinois 61612
PH: (309) 682-7266