E-FILED
Friday, 01 July, 2005  02:16:18 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No.    05-10075 |
| MARLON BEARD, ) | |
| Defendant. ) | |

**GOVERNMENT'S LIST OF PHYSICAL EVIDENCE**

Now comes the United States of America, by and through its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and submits the following list of physical evidence:

1. A. Gun
   B. Ammunition
2. Search Warrant
3. A. Crack cocaine (2.9 grams)
   B. Paper Towel
4. A. Crack cocaine (69.6 grams)
   B. Plastic Bags
5. Scale
6. Spoon

7. Glass pan

8. A. Proof of residence

    B. Proof of residence

9. A. Large plastic bag

    B. Plastic bag parts

10. Keys

11. Cash ($305)

12. A. Fingerprint card

    B. Latent lift

13. Video

Respectfully submitted,

UNITED STATES OF AMERICA

JAN PAUL MILLER
UNITED STATES ATTORNEY

**s/: BRADLEY W. MURPHY**
BRADLEY W. MURPHY
Assistant United States Attorney
One Technology Plaza, 4th Floor
211 Fulton Street
Peoria, Illinois 61602
Telephone: 309.671.7050

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 05-10075 |
| MARLON BEARD, | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on **July 1, 2005**, I electronically filed the **GOVERNMENT'S LIST OF PHYSICAL EVIDENCE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Timothy J. Cusack**
**Attorney at Law**

and I hereby further certify that I have mailed, by United States Postal Service, the **GOVERNMENT'S LIST OF PHYSICAL EVIDENCE** to the following non CM/ECF participants:

**Not Applicable**

**s/: DONALD C. LATTIG**
**DONALD C. LATTIG**
Legal Assistant
Office of the United States Attorney
One Technology Plaza
211 Fulton Street, 4th Floor
Peoria, Illinois 61602
Telephone: 309.671.7050
E-Mail: don.lattig@usdoj.gov