**E-FILED**
Thursday, 07 July, 2005  12:35:42 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF ILLINOIS

### AT PEORIA

**FILED**

JUL – **6** 2005

|  |  |  |  |
|--|--|--|--|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Case No. | 05-10075 |
| | ) | | |
| MARLON BEARD, | ) | | |
| | ) | | |
| Defendant. | ) | | |

**JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS**

## STIPULATIONS

Now comes the United States of America, by and through its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and Bradley W. Murphy, Assistant United States Attorney for the Central District of Illinois, and the defendant, Marlon Beard, and his attorney, Timothy J. Cusack, and hereby agree and stipulate as follows:

1.     On December 21, 2004, Government Exhibits 3A and 3B were transported to the Crime Laboratory in Morton, Illinois. They were received by Forensic Scientist Kerry Nielsen who noted that it was in a sealed condition. Kerry Nielsen later examined the contents of Exhibit 3A using accepted scientific methods for the detection of controlled substances. He determined that the white chunky substance in Exhibit 3A weighed 2.9 grams and was cocaine. Nielsen resealed the exhibits and returned them to Officer John Couve on January 6, 2005.

2.     On December 16, 2004, Government Exhibits 4A and 4B, 5, 6, and 7 were transported to the Crime Laboratory in Morton, Illinois. They were received by Forensic Scientist Denise Hanley who noted that each was in a sealed condition.

Denise Hanley later examined the contents of Exhibits 4A and 4B, 5, 6, and 7 using accepted scientific methods for the detection of controlled substances. She determined that the white chunky substance in each section of Exhibit 4A contained cocaine base and had a total weight of 69.6 grams. She also determined that Exhibit 5, a scale, Exhibit 6, a spoon, and Exhibit 7, a glass pan, each contained a white residue that was determined to be cocaine. Hanley resealed the exhibits and returned them to Officer Tim Moore on January 31, 2005.

3.    On December 9, 2004, Government Exhibits 4B, 7, 9A, and 9B were provided to the Crime Scene Unit at the Peoria Police Department for analysis. They were received by Officer Ken Snow who is trained in the detection and examination of objects for latent fingerprints. Officer Snow later examined each exhibit using accepted scientific methods for the detection of latent fingerprints. He developed an identifiable latent fingerprint on Exhibit 9A only, which he later compared to known fingerprints of the defendant, Marlon Beard. Officer Snow identified the latent fingerprint from Exhibit 9A, the large plastic bag, as the left ring finger of the defendant, Marlon Beard.

4.    On December 16, 2004, Government Exhibits 1A and 1B were transported to the Crime Laboratory in Morton, Illinois. The exhibits were provided to Chris Jacobsen who is trained in the detection and examination of objects for latent fingerprints. Jacobsen examined the exhibits using accepted scientific methods for the detection of latent fingerprints, but he was unable to develop any prints which were suitable for identification on either the gun or the ammunition.

Government Exhibits 1A and 1B were then made available to Chris Kozel, who is trained in the examination of firearms. Kozel then examined Exhibit 1A, a Taurus .357 caliber revolver, and test fired it. He determined that it functioned properly and was an

operable firearm. He also noted that Exhibit 1B contained six rounds of 357 caliber

ammunition. Kozel resealed the exhibits and returned them to Officer Tim Moore on

March 23, 2005.

**BRADLEY W. MURPHY**
Assistant United States Attorney

**TIMOTHY J. CUSACK**
Attorney for Marlon Beard

**MARLON BEARD**
Defendant