IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
JUL - 6 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. ~~05-10075~~ |
| ) | 04-10075 |
| MARLON BEARD ) | |
| Defendant. ) | |

### MOTION IN LIMINE

NOW COMES the Defendant, MARLON BEARD, by his attorney, TIMOTHY J. CUSACK, and requests this Honorable Court to limit the introduction of certain evidence propounded by the government for use at trial, and in support thereof, states as follows:

1. The Government has in its possession a certain videotape (Exhibit 13) which it may use at trial in this matter.

2. Exhibit 13 documents the search of the Defendant's residence and vehicle pursuant to a search warrant.

3. Included in Exhibit 13 are certain items extraneous to and irrelevant to the issues to be presented to the jury, which may prejudice the jury against the Defendant.

WHEREFORE, the Defendant requests this Court to limit the scope of Exhibit 13 to only that item which is truly in issue before the jury, should the Government choose to offer it for evidence, or for such further relief as the Court deems just and appropriate.

MARLON BEARD, Defendant

_____/s/ Timothy Cusack_____
TIMOTHY J. CUSACK, His Attorney