E-FILED
Thursday, 07 July, 2005  02:23:22 PM
Clerk, U.S. District Court, ILCD

We the jury find the defendant,

**FILED**
JUL - 7 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**MARLON BEARD**

Guilty of possession of a firearm in furtherance of drug trafficking.

s/Foreperson
Foreperson

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

s/Juror

20