AO 187 (Rev. 4/82)

**EXHIBIT AND WITNESS LIST**

| | | |
|---|---|---|
| USA vs. Marlon Beard | | DISTRICT COURT: Peoria (CDIL) |
| PLAINTIFF'S ATTORNEY: Brad Murphy | DEFENDANT'S ATTORNEY: Tim Cusack | DOCKET NUMBER: 04-10075 |
| | | TRIAL DATE(S): 7/6 - 7/7 |
| PRESIDING JUDGE: Michael M. Mihm | COURT REPORTER: K. Hanna | COURTROOM DEPUTY: C Douglas |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Moore |
| (1a) | | 7/6 | 7/6 | 7/6 | Gun |
| (1b) | | | | | Ammunition |
| 2 | | | | | Search Warrant |
| (3a) | | | | | Crack Cocaine (2.9 grams) |
| (3b) | | | | | Paper Towel |
| (4a) | | | | | Crack Cocaine (69.6 grams) |
| (4b) | | | | | Plastic Bags |
| 5 | | | | | Scale |
| 6 | | | | | Spoon |
| (7) | | | | | Glass Pan |
| 8a | | | | | Proof of residence |
| 8b | | | | | Proof of residence |
| 9a | | | | | Large Plastic bag |
| 9b | | | | | Plastic bag parts |
| 10 | | | | | Keys |
| (11) | | | | | Cash ($305) |
| (13) | | ↓ | ↓ | ↓ | Video |
| | | NOTE | | | |
| | | Circled exhibits did NOT go to jury for deliberations - |
| | | Gov't retains custody of #1a, 1b, 3a, 3b, 4a, 4b, 7, & 11 per order of the Court. |

(no obj)

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages