**E-FILED**
Saturday, 16 July, 2005 09:47:12 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　Plaintiff, )<br> )<br>v. )　　No. 05-10075<br> )<br>MARLON BEARD, )<br>　　　　　Defendant. ) | |

## MOTION FOR NEW TRIAL AND
## MOTION FOR JUDGMENT OF ACQUITTAL

NOW COMES the Defendant, MARLON BEARD, by his Attorney, TIMOTHY J. CUSACK, and moves this Court to grant him a new trial or, in the alternative, a judgment of acquittal notwithstanding the jury verdict, and in support thereof, states as follows:

1. On July 7th, 2005, the Defendant was found guilty following a jury trial of Possession of a Weapon in Furtherance of Drug Trafficking, although the evidence presented against him failed to prove him guilty beyond a reasonable doubt.

2. The Defendant additionally reasserts all objections made during trial, especially to the final jury instruction given by the Court, and to any additional matters which caused prejudice to the Defendant which would be apparent from a transcribed report of the proceedings.

Respectfully submitted,

MARLON BEARD, Defendant

By:　　　/s/ tcusack
　　　TIMOTHY J. CUSACK, Attorney