**E-FILED**
Saturday, 16 July, 2005  09:51:41 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | No. 05-10075 |
| ) | |
| MARLON BEARD, ) | |
|         Defendant. ) | |

## PROOF OF SERVICE

The undersigned certifies that the instrument entitled:

MOTION FOR NEW TRIAL AND MOTION FOR JUDGMENT OF ACQUITTAL

was served upon the following by Electronic Filing on the 16th day of July, 2005:

BRADLEY W. MURPHY at brad.murphy@usdoj.gov;don.lattig@usdoj.gov


                                                          /s/ tcusack
                                                    TIMOTHY J. CUSACK, Attorney


TIMOTHY J. CUSACK
timothycusack@sbcglobal.net
P.O. Box 10461
Peoria, Illinois 61612-0461
(309) 682-7266