## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
|          Plaintiff, ) | |
| ) | |
| v.  ) | No. 05-10075 |
| ) | |
| MARLON BEARD, ) | |
|          Defendant. ) | |

### PROOF OF SERVICE

The undersigned certifies that the instrument entitled:

MEMORANDUM IN SUPPORT OF MOTION FOR NEW TRIAL AND MOTION FOR JUDGMENT OF ACQUITTAL

was served upon the following by Electronic Filing on the 7th day of September, 2005:

BRADLEY W. MURPHY at brad.murphy@usdoj.gov;don.lattig@usdoj.gov


                                                /s/ tcusack
                                              TIMOTHY J. CUSACK, Attorney


TIMOTHY J. CUSACK
timothycusack@sbcglobal.net
P.O. Box 10461
Peoria, Illinois 61612-0461
(309) 682-7266