E-FILED
Tuesday, 13 September, 2005  12:15:29 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-10075 |
| | ) | |
| MARLON BEARD, | ) | |
|     Defendant. | ) | |

## MOTION TO WITHDRAW

NOW COMES the Defendant's Attorney, TIMOTHY J. CUSACK, and moves this Court to allow him to withdraw as counsel for the Defendant, and in support thereof, states as follows:

1. On September 9, 2005, the Defendant was sentenced pursuant to a plea of guilty as to Count I and following a finding of guilty by a jury as to Count II in this matter.

2. The Defendant has informed this attorney that he desires to file an appeal on both counts, alleging, *inter alia*, ineffective assistance of counsel.

3. It would be inappropriate and impracticable for this attorney to continue to represent the Defendant any further.

WHEREFORE, the Defendant's attorney respectfully requests that this Honorable Court allow him to withdraw, and for such further relief as the Court deems just and appropriate.

Respectfully submitted,

Defendant's Attorney

By: _____/s/ tcusack_____
TIMOTHY J. CUSACK, Attorney