E-FILED
Saturday, 17 September, 2005  08:33:59 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　Plaintiff, )<br>　　　　　　　　　　　　)<br>　v. 　　　　　　　　　　)　No. 04-10075<br>　　　　　　　　　　　　)<br>MARLON BEARD, 　　　　　)<br>　　　　Defendant. 　　　　) | |

### NOTICE OF APPEAL

　　Notice is hereby given that MARLON BEARD appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered on September 9, 2005 in the above case.

　　　　　　　　　　　　　　　　　　PREPARED BY:

　　　　　　　　　　　　　　　　　　Timothy J. Cusack
　　　　　　　　　　　　　　　　　　Attorney for Defendant

DATED: September 17, 2005