E-FILED
Saturday, 17 September, 2005  08:36:01 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-10075 |
| ) | |
| MARLON BEARD, ) | |
| Defendant. ) | |

## APPELLANT'S JURISDICTIONAL STATEMENT

This Court has jurisdiction in this matter in that it involves a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A); and Title 18, United States Code, Section 924(c), for transactions that occurred in Peoria County, in the Central District of Illinois.

This is an appeal from the Judgment as to Counts 1,2 entered on September 14, 2005 by Judge Michael M. Mihm in the United States District Court in the Central District of Illinois. A Motion To Withdraw by defendant's attorney was filed on September 13, 2005 and thereafter Denied on September 16, 2005. There are no pending motions at this time.

A Notice of Appeal by the Defendant was filed in the Central District Court of Illinois on September 17, 2005.

Respectfully submitted,

MARLON BEARD, Defendant

By:    /s/ tcusack
TIMOTHY J. CUSACK, Attorney