**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
AT PEORIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>         )<br> v.        )<br>         )<br>MARLON BEARD,   )<br>    Defendant. )  | No. 04-10075 |

**PROOF OF SERVICE**

The undersigned certifies that the instrument entitled:

NOTICE OF APPEAL and APPELLANT'S JURISDICTIONAL STATEMENT

was served upon the following by Electronic Filing on the 17th day of September, 2005:

BRADLEY W. MURPHY at brad.murphy@usdoj.gov;don.lattig@usdoj.gov


                /s/ tcusack
                TIMOTHY J. CUSACK, Attorney


TIMOTHY J. CUSACK
timothycusack@sbcglobal.net
P.O. Box 10461
Peoria, Illinois 61612-0461
(309) 682-7266