E-FILED

Monday, 19 September, 2005  09:33:45 AM
Clerk, U.S. District Court, ILCD

*SEVENTH CIRCUIT APPEAL INFORMATION SHEET*

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.
Use separate sheet if needed.*

District: CDIL                                        Docket No.: 04-10075

Division: Peoria

**Plaintiff (Petitioner)Short CaptionDefendant (Respondent)**

*USA*                                    *v.*    *Beard*

---

**Current Counsel for Plaintiff (Petitioner):**          **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

Name: Bradley W. Murphy                      Name: Timothy J. Cusack

Firm: US ATTY                                Firm:

Address: 211 Fulton St., Ste 400             Address: PO Box 10461

Peoria, IL 61602                             Peoria, IL 61612

Phone: 309-671-7050                          Phone: 309-678-6969

---

Judge: Michael M. Mihm                       Nature of Suit Code:

Court Reporter: K. Hanna                     Date Filed in District Court:  12/16/04

                                             Date of Judgment: 9/14/05

                                             Date of Notice of Appeal: 9/17/05

Counsel:  __X_Appointed      ___Retained    ___Pro Se

Fee Status:    ___Paid      __X_Due      ___IFP        ___IFP Pending        ___U.S.        ___Waived

*(Please mark only 1 item above)*

Has Docketing Statement been filed with the District Court's Clerk's Office:        ___Yes        __X_No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted;___denied;___pending

If certificate of appealability was granted or denied, what is the date of the order:  _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#):  13374-026

**IMPORTANT:  THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE
U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**