E-FILED
Tuesday, 04 October, 2005  11:15:46 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES COURT OF APPEALS

### SEVENTH CIRCUIT

GINO J. AGNELLO  
CLERK

219 SOUTH DEARBORN STREET  
CHICAGO, ILLINOIS 60604

TELEPHONE  
(312) 435-5850



FILED  
OCT - 3 2005  
JOHN M. WATERS, Clerk  
U.S. DISTRICT COURT  
CENTRAL DISTRICT OF ILLINOIS

TO:  District Court Clerk's Office

RE:  Notice of Docketing

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Court No.:   05-3762                  Docketed on: 9/17/05
Short Caption:         USA v. Beard, Marlon
District Court Judge:  Michael M. Mihm
District Court No.:    04 CR 10075

If you have any questions regarding this appeal, please call this office.

(1003-012490)