# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

January 18, 2006

By the court:

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff-Appellee,<br><br>No. 05-3762              v.<br><br>MARLON BEARD,<br>    Defendant-Appellant. | ] Appeal from the United<br>] States District Court for<br>] the Central District of<br>] Illinois.<br>]<br>] No. 04 CR 10075<br>]<br>] Michael M. Mihm,<br>]    Judge. |

FILED
JAN 2 3 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

    This matter comes before the court for its consideration of attorney Timothy J. Cusack's **MOTION TO WITHDRAW**, filed on October 18, 2005. Upon consideration thereof

    **IT IS ORDERED** that the Motion to Withdraw is **GRANTED**.

    **IT IS FURTHER ORDERED** that attorney Susan Kister, 8015 Forsyth Blvd., St. Louis, MO 63105, is appointed to represent defendant-appellant Marlon Beard pursuant to the provisions of the Criminal Justice Act. Counsel is directed to contact the defendant-appellant immediately.

    **IT IS ALSO FURTHER ORDERED** that the Clerk of the District Court shall permit court appointed counsel to withdraw the record on appeal and all transcripts, which shall include the expense of shipping the record to counsel if necessary.

Briefing shall proceed as follows:

    1.    Defendant-appellant shall file his brief and required short appendix on or before May 18, 2006.

    2.    Plaintiff-appellee shall file its brief on or before June 19, 2006.

    3.    Defendant-appellant shall file his reply brief, if any, on or before July 5, 2006.

-over-

Note:   Circuit Rule 31(e) (amended Dec. 1, 2001) requires that counsel tender a digital copy of a brief, from cover to conclusion, at the time the paper copies are tendered for filing. The file must be a text based PDF (portable document format), which contains the entire brief from cover to conclusion. Graphic based scanned PDF images do not comply with this rule and will not be accepted by the clerk.

Rule 26(c), Fed. R. App. P., which allows three additional days after service by mail, does not apply when the due dates for briefs are specifically set by order of this court. All briefs are due by the dates ordered.