E-FILED
Thursday, 26 January, 2006  02:00:29 PM
Clerk, U.S. District Court, ILCD



# United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

January 26, 2006

| | |
|---|---|
| United States of America ) | |
|     Plaintiff ) | |
| ) | |
| ) | |
|       vs ) | Case # 04-10075 |
| ) | |
| Marlon Beard ) | |
|     Defendant ) | |
| ) | |

## RECEIPT

**Received** from John M Waters, Clerk, United States District Court

for the Central District of Illinois, 1 volume of pleadings and 1 transcript (#46).

Date: _____    _____

                      Susan Kister
                      8015 Forsyth Blvd
                          St. Louis, MO 63105