

# United States District Court

JOHN M. WATERS
CLERK OF COURT

**CENTRAL DISTRICT OF ILLINOIS**
OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

January 26, 2006

**FILED**
FEB 0 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

United States of America )
   Plaintiff )
 )
 )
    vs )   Case # 04-10075
 )
Marlon Beard )
   Defendant )
 )

**RECEIPT**

Received from John M Waters, Clerk, United States District Court for the Central District of Illinois, 1 volume of pleadings and 1 transcript (#46).

Date: 1/30/06

_____
Susan Kister
8015 Forsyth Blvd
St. Louis, MO 63105