E-FILED
Thursday, 30 March, 2006 10:09:56 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

NOTICE RE: DEFENDANT'S COUNSEL'S
MOTION FOR LEAVE TO WITHDRAW UNDER
CIRCUIT RULE 51(b)

**FILED**

MAR 30 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**Date: March 28, 2006**

To:
    Marlon Beard
    FEDERAL CORRECTIONAL INSTITUTION
    #13374-026
    P.O. Box 1000
    Sandstone, MN  55072

DISTRICT COURT CLERK'S OFFICE: This appeal is now ready for oral argument (or submission without oral argument). Pursuant to Circuit Rule 11(a) the record is to be transmitted to the Clerk's Office of this court immediately.
    U.S.C.A. Clerk

You are the appellant in a case now pending in this court:

No. 05-3762

UNITED STATES OF AMERICA,
    Plaintiff - Appellee
  v.

MARLON BEARD,
    Defendant - Appellant

Appeal from the United States District Court for the
Central District of Illinois, 100 N.E. Monroe Street
No. 04 CR 10075, Michael M. Mihm, Judge

    Your attorney filed a brief on 3/27/06, stating a belief that your appeal is frivolous and requesting permission to withdraw from the case.  Please be advised as follows:

1. You have 30 days from the date this notice was mailed in which to raise any points that you choose which show why your conviction should be set aside.
2. If you do not respond within the 30 days, the court may affirm or dismiss your appeal.  An affirmance or dismissal would mean that your case would be finally decided against you.
3. If you want to make a showing why the court should not affirm or dismiss your appeal and believe that there is a very good reason why you will not be able to file your objections with the court within the 30-day limit, you should <u>immediately</u> write to the court and ask for additional time up to 30 days.  If additional time is granted, you must file your reasons why the court should not affirm or dismiss your appeal before your additional time expires.
4. You do not have a right to another attorney unless this court finds that your showing requires that your case be further briefed or argued.  If the court finds that your case should

        be further briefed or argued, an attorney will be appointed for you who will argue your appeal.

    If you want to write to this court, you should address your letters to:

        Clerk of the Court  
        United States Court of Appeals  
        219 South Dearborn Street, Room 2722  
        Chicago, Illinois 60604

Be sure when writing, to show clearly the name and number of your case.

    Attorney for appellant:

    Susan Kister  
    8015 Forsyth Boulevard  
    St. Louis, MO   63105  
    314/725-3200

    **IT IS ORDERED** that briefing <u>in this appeal</u> is **SUSPENDED** pending resolution of this matter.

(1113-121897)