**E-FILED**
Thursday, 30 March, 2006  10:24:25 AM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

March 30, 2006

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: USA v. Marlon Beard
D. C. Docket No. 04-10075
U. S. C. A. Docket No. 05-3762

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1- Volumes of Pleadings

1- Volumes of Transcript (#46)

 Volumes of Depositions

 Volumes of Exhibits:

 Impounded Exhibits:

Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY:s/ T. Kelch
    Deputy Clerk