

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

March 30, 2006

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

**05-3762**

RE: USA v. Marlon Beard
D. C. Docket No. 04-10075
U. S. C. A. Docket No. 05-3762

FILED
APR - 3 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1- Volumes of Pleadings

1- Volumes of Transcript (#46)

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

U.S.C.A.—7th Circuit
FILED
MAR 3 1 2006  DP
GINO J. AGNELLO
CLERK
DOC. # _____

U.S.C.A.—7th Circuit
RECEIVED
MAR 3 1 2006  JC
GINO J. AGNELLO
CLERK

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY:s/ T. Kelch
   Deputy Clerk