E-FILED
Wednesday, 05 April, 2006  11:24:56 AM
Clerk, U.S. District Court, ILCD

**FILED**

APR - 5 2006

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT 309.671.7117
CENTRAL DISTRICT OF ILLINOIS 671.7120

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF ILLINOIS**

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

March 30, 2006

**05-3762**

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: USA v. Marlon Beard
D. C. Docket No. 04-10075
U. S. C. A. Docket No. 05-3762

Dear Mr. Agnello:

I am sending you herewith the original record on appeal. It consists of the following:

1- Volumes of Pleadings

1- Volumes of Transcript (#46)

Volumes of Depositions

Volumes of Exhibits:

Impounded Exhibits:

Other (specify):

U.S.C.A.—7th Circuit
**FILED**
MAR 3 1 2006  DP
GINO J. AGNELLO
CLERK
DOC. #_1970703_

U.S.C.A.—7th Circuit
**RECEIVED**
MAR 3 1 2006  JC
GINO J. AGNELLO
CLERK

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

**ON AIMS**

MAR 3 1 2006

**DP**

BY:s/ T. Kelch
      Deputy Clerk