**FILED**
APR 11 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

05-3762



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

March 31, 2006

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: USA v. Marlon Beard
D. C. Docket No. 04-10075
U. S. C. A. Docket No. 05-3762

**ON AIMS**
APR 0 5 2006
**GW**

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

    Volumes of Pleadings

    Volumes of Transcript

    Volumes of Depositions

    Volumes of Exhibits:

    Impounded Exhibits:

    Other (specify): 1 envelope of sealed documents #29, #30, #36

U.S.C.A.—7th Circuit
**FILED**
APR 0 5 2006  **GW**
GINO J. AGNELLO
CLERK
DOC. # _____

    Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK

BY: s/ T. Kelch
Deputy Clerk

U.S.C.A.—7th Circuit
**RECEIVED**
APR 0 3 2006  **JC**
GINO J. AGNELLO
CLERK