E-FILED
Wednesday, 12 April, 2006  11:17:02 AM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

April 12, 2006

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: USA v. Marlon Beard
D. C. Docket No. 04-10075
U. S. C. A. Docket No. 05-3762

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

    Volumes of Pleadings

    Volumes of Transcript

    Volumes of Depositions

  1- Volumes of Exhibits: Trial exhibit #24

    Impounded Exhibits:

  Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

Very truly yours,

JOHN M. WATERS, CLERK


BY: s/ T. Kelch
    Deputy Clerk