

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

**FILED**
APR 21 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

April 12, 2006

**RECEIVED**
APR 21 2006
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

GINO AGNELLO, CLERK
COURT OF APPEALS
219 S. Dearborn St.
Chicago, IL 60604

RE: USA v. Marlon Beard
D. C. Docket No. 04-10075
U. S. C. A. Docket No. 05-3762

Dear Mr. Agnello:

    I am sending you herewith the original/supplemental (delete inapplicable entry) record on appeal. It consists of the following:

    Volumes of Pleadings

    Volumes of Transcript

    Volumes of Depositions

05-3762

U.S.C.A. — 7th Circuit
RECEIVED
APR 13 2006  JC
GINO J. AGNELLO
CLERK

1- Volumes of Exhibits: Trial exhibit #24

    Impounded Exhibits:

    Other (specify):

Please acknowledge date of receipt of the above-mentioned materials on the attached copy of this letter.

                Very truly yours,

                JOHN M. WATERS, CLERK

                BY: s/ T. Kelch
                    Deputy Clerk