RETURN RECEIPT FOR PRE-SENTENCE REPORT, SENTENCING RECOMMENDATION, AND STATEMENT OF REASON(S)

**FILED**

Case Name: U.S.A vs. MARLON BEARD

JUN 2 7 2006

Case Number: 04-10075

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

The appeal time having expired and/or the appeal having been concluded, the original Sealed Pre-Sentence Report (document number : 29 ), Sentencing Recommendation (document number 30 ) and Statement of Reason(s) Page (document number 36 ) were returned to the U.S. Probation Office on 6-26-06 .

Received by:

s/Douglas S. Heuermann/tm
U.S. Probation Office
Date: 06/26/06