

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS
#### OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

JOHN M. WATERS
CLERK OF COURT

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
TEL: 309.671.7117
FAX: 309.671.7120

FILED JUL 1 9 2006

June 26, 2006

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br>)<br>vs )<br>)<br>MARLON BEARD )<br>Defendant )<br>) | Case # 04-10075 |

### RECEIPT

**Received** from John M Waters, Clerk, United States District Court for the Central District of Illinois, Government's trial exhibits # 2, #5, #6, 8A, #8B, 9B, #10 and #13.

RECEIVED JUL 2 0 2006
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

Date: 7-20-06

s/Clerk, US Attorney's Office
Counsel for Government

Case having been tried, verdict returned and appeal returned AFFIRMED. No further action in this case pending. Government exhibits listed above are returned to the Custody of the US Attorney's Office.

SO ORDERED:    s/ Michael M. Mihm

Michael M. Mihm, US District Judge

Date 7/18/06