IN THE UNITED STATES DISTRICT OF COURT
FOR THE Central DISTRICT OF Illinois
Peoria DIVISION

FILED
MAR - 5 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA
   Plaintiff
]
]
]
v.
] Case No. 04-10075-001
]
Marlon Beard
]
   Defendant
] Honorable Judge Mihm

MOTION FOR REDUCTION OF SENTENCE
PURSUANT TO 18 U.S.C. § 3582(C)(2)

   Comes now petitioner, Marlon Beard, pro se, humbly
requesting the Honorable court to review this Motion under
Haines v. Kerner without limitations, considering factors provided under
18 U.S.C. § 3553 in reaching a more reasonable decision.
   Please be advised that the petitioner is not a skilled lawyer and
has very little knowledge of Federal laws, rules, and procedures.
   Petitioner seeks courts consideration for relief under 18 U.S.C. §
3582(C)(2). Also citing 3582(A), considering appropriate means of
promoting correction and rehabilitation.

   The District court may reduce a defendants term of imprisonment
that was based on a sentencing range which has subsequently been lowered
by the United States Sentencing Commission, 18 U.S.C. 3582(C)(2). see:
U.S. v. Bravo, 203 f. 3d 778,781 (11th Cir. 2000). (Question of Retroactivity
appears to be moot under this provision).

   Crack guidelines were amended and presumably taken as official,
November 1, 2007.
   Petitioner prays for a careful review and consideration of reduction
for any sentence that's allowable by law and in the courts authority.

DATE 3-3-08

Respectfully Submitted,

Marlon Beard
Reg No. 13374-026
Kingsbury, FPC Yankton
P.O. Box 700
Yankton, SD 57078

Marlon Beard