IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff.<br><br>v.<br><br>MARLON BEARD,<br><br>    Defendant. | No. 04cr10075<br>Hon. Michael M. Mihm<br>United States District Judge,<br>Presiding |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW court-appointed counsel for MARLON BEARD, Richard H. Parsons, Federal Public Defender, and Jonathan E. Hawley, First Assistant Defender, moving this Honorable Court for an Order allowing counsel to withdraw, and in support thereof states as follows:

1.  Pursuant to Administrative Order 08-U-0005, this Court appointed undersigned counsel to represent the Defendant on his request for a reduced sentence pursuant to the retroactive amendment to the crack cocaine guideline.

2.  Undersigned counsel has thoroughly reviewed the Defendant's case and concluded that he is ineligible for a reduction because he was sentenced to the statutory mandatory minimum sentence. Accordingly, this Court cannot impose a sentence lower than originally imposed, regardless of the amendment to the crack cocaine guideline.

3.  Because undersigned counsel has concluded that the Defendant is ineligible, counsel cannot file an amended petition on the Defendant's behalf, and requests that he be allowed to withdraw as counsel and that the Defendant be allowed to proceed in this matter *pro*

*se*.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court enter and order allowing undersigned counsel to withdraw and allowing the Defendant to proceed *pro se*.

>Respectfully Submitted,
>MARLON BEARD, Defendant
>
>RICHARD H. PARSONS
>Federal Public Defender
>
>BY:   s/ Jonathan E. Hawley
>      _____
>      JONATHAN E. HAWLEY
>      Attorney for Defendant
>      First Assistant FPD
>      ARDC Reg. No. 6243088
>      401 Main Street, Suite 1500
>      Peoria, Illinois 61602
>      Phone: 309/671-7891
>      Fax: (309) 671-7898
>      E-mail: jonathan_hawley@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant United States Attorney Brad Murphy**.**

>s/ Jonathan E. Hawley
>_____
>JONATHAN E. HAWLEY
>Attorney for Defendant
>First Assistant FPD
>ARDC Reg. No. 6243088
>401 Main Street, Suite 1500
>Peoria, Illinois 61602
>Phone: 309/671-7891

Fax: (309) 671-7898
E-mail: jonathan_hawley@fd.org